# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case Number: 12-CR-30248-MJR |
| vs. | ) |
| ORLANDO GUDINO-ORTA | ) |
| Defendant. | ) |

## ORDER

The Government is before the Court seeking leave to disclose materials obtained by Grand Jury subpoena as part of discovery compliance in the instant case (Doc. 25). In accord with Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the Government's motion (Doc. 25) is **GRANTED**.

        **IT IS SO ORDERED.**

        DATED:   January 10, 2013

                                          s/ *Michael J. Reagan*
                                          **MICHAEL J. REAGAN**
                                          **UNITED STATES DISTRICT JUDGE**